```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

ADHIAMBO A. MITCHELL,

                Plaintiff,

    - against –

BP PRODUCTS NORTH AMERICA INC., ET AL.,

                Defendants.

―――――――――――――――――――――――――――――――――

25-cv-1183 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **May 30, 2025**. If service is not made by May 30, 2025, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 16, 2025**

                                      /s/ John G. Koeltl
                                     **John G. Koeltl**
                          **United States District Judge**