UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADHIAMBO A. MITCHELL,
                Plaintiff(s)

        25 civ 1183 (JGK)

      -against-

BP PRODUCTS NORTH AMERICA, et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The parties shall submit a Rule 26(f) report by **July 23, 2025.**

The conference scheduled for Tuesday, July 1, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025