UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADHIAMBO A. MITCHELL,                        25-cv-1183 (JGK)

       Plaintiff,                        ORDER

   - against -

BP PRODUCTS NORTH AMERICA INC., ET AL.,

       Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' motion to dismiss on **Tuesday, September 10, 2025,** at **3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            September 3, 2025

                                            John G. Koeltl
                                   United States District Judge