UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADHIAMBO A. MITCHELL,

                Plaintiff,          No. 25-cv-1183 (JGK)

    - against -                  <u>ORDER</u>

BP PRODUCTS NORTH AMERICA INC. et al.,

                Defendants.

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference on September 10, 2025, the defendants' current motion to dismiss, ECF No. 18, is stricken for failure to request a pre-motion conference.

    The defendants may file another motion to dismiss or an answer by **September 26, 2025**. The plaintiff should respond by **October 13, 2025**. The defendants may reply by **October 24, 2025**.

    The parties should send a joint letter advising the Court on whether a reference to the mediation panel or the magistrate judge for purposes of settlement would be useful. Parties should file the letter by **September 17, 2025**.

    The time to file the Rule 26(f) report is extended to **14 days** after a decision on the motion to dismiss or the answer is filed.

SO ORDERED.
Dated:    New York, New York
           September 11, 2025

                                            John G. Koeltl
                                 United States District Judge