UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADHIAMBO A. MITCHELL,

                Plaintiff,        25-cv-1183 (JGK)

   - against -                    ORDER

BP PRODUCTS NORTH AMERICAN INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 13, 2025.

SO ORDERED.

Dated:    New York, New York
           September 29, 2025

                                            John G. Koeltl
                                    United States District Judge