UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                             :

ADHIAMBO A. MITCHELL,                :

                          Plaintiff,         :

                                               :                  25 Civ. 1183 (JPC)

        -v-                       :

                                               :                   ORDER

BP PRODUCTS NORTH AMERICA INC.,      :
d/b/a BP-125 STREEET NY, HERON REAL ESTATE
CORP., and ACCEDE INC.,           :

                                               :

                        Defendants.       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, Plaintiff filed an Amended Complaint adding Accede Inc. as a Defendant. Dkt. 31. Accede has not appeared in this action, and the docket does not reflect whether it has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Nor has Plaintiff requested an extension of time to serve Defendant.

Accordingly, Plaintiff is ordered to file a status letter by February 13, 2026, describing (1) whether service of the summons and Complaint has been made on Accede, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Accede within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). The Court reminds Plaintiff that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

Plaintiff must file this letter even if service of the Summons and Complaint is or has already

been made on Accede.  If Accede has been served, Plaintiff must also file proof of service on the

docket no later than February 13, 2026.  If no such letter is filed, the Court may dismiss the claims

as to Accede for failure to prosecute.

    SO ORDERED.

Dated: February 9, 2026
      New York, New York

                        JOHN P. CRONAN
                United States District Judge