UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

ADHIAMBO A. MITCHELL,              :

                  :

          Plaintiff,         :

                  :          25 Civ. 1183 (JPC)

      -v-               :

                  :          <u>ORDER</u>

BP PRODUCTS NORTH AMERICA INC.,    :
d/b/a BP-125 STREEET NY, HERON REAL ESTATE  :
CORP., and ACCEDE INC.,          :

                  :

          Defendants.      :

                  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 11, 2026, Plaintiff served Defendant Accede Inc. with copies of the Summons and Amended Complaint.  Dkt. 48.  Accede Inc.'s deadline to respond to the Amended Complaint was therefore March 4, 2026.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Accede Inc.  Accordingly, the Court extends *sua sponte* Accede Inc.'s deadline to respond to the Amended Complaint until March 11, 2026.  If Accede Inc. once again fails to respond to the Amended Complaint by that deadline, Plaintiff shall seek a Certificate of Default by March 18, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the last known address of Accede Inc., and to file proof of service on the docket within two days of such service.

      SO ORDERED.

Dated: March 5, 2026
      New York, New York                           _____
                                            JOHN P. CRONAN
                                  United States District Judge