UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ADHIAMBO A. MITCHELL,

                    Plaintiff,

       -v-

BP PRODUCTS NORTH AMERICA INC.,
d/b/a BP-125 STREEET NY, HERON REAL ESTATE
CORP., and ACCEDE INC.,

                  Defendants.

-------------------------------------------------------------------------X

                 25 Civ. 1183 (JPC)

                 ORDER

JOHN P. CRONAN, United States District Judge:

By May 7, 2026, Defendants BP Products North America Inc. and Heron Real Estate Corp. shall advise the Court of their positions as to Plaintiff's second request to extend the deadline to serve Defendant Accede Inc., *see* Dkt. 63.  BP Products North America Inc. and Heron Real Estate Corp. may file a joint letter or separate letters.

       SO ORDERED.

Dated: May 5, 2026
       New York, New York

                             JOHN P. CRONAN
                     United States District Judge